IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, | ) ) ) | 3:16-CV-03045-RAL |
| PLAINTIFF, | ) ) ) | |
| -vs- | ) ) | **JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE** |
| NACHTIGAL FARMS, INC., GARY NACHTIGAL, individually, AND BARBER & SONS CO., | ) ) ) ) ) | |
| DEFENDANTS. | ) | |

COME NOW all parties, by agreement, pursuant to Fed. R. Civ. P. Rule 41(a)(2), and move the Court for an order voluntarily dismissing, with prejudice and without the imposition or assessment of costs, fees, or disbursements herein, this action and all claims herein, including Plaintiff's Complaint and counts thereof and providing that such dismissal shall be deemed with prejudice.

Dated this 4th day of April, 2018.

MAY, ADAM, GERDES & THOMPSON

BY: _____
DOUGLAS A. ABRAHAM
Attorneys for Plaintiff Nationwide
Agribusiness Ins. Co.
503 South Pierre Street
P.O. Box 160
Pierre, South Dakota 57501-0160
E-mail: daa@mayadam.net

Dated this 12th day of March, 2018.

RICHARDSON, WYLY, WISE, SAUCK
& HIEB, LLP

By *(signature)*
ROY A. WISE
Attorneys for Defendants Nachtigal Farms, Inc.,
 and Gary Nachtigal, Deceased
One Court Street
Post Office Box 1030
Aberdeen, SD 57402-1030
Telephone No. (605)225-6310
Fax No. (605)225-2743
E-Mail: rwise@rwwsh.com

2

CERTIFICATE OF SERVICE

    I hereby certify that on this the 4th day of ~~March~~ April, 2018, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which will automatically send e-mail notification of such filing to counsel of record.

_____
Douglas A. Abraham