UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>NACHTIGAL FARMS, INC., GARY NACHTIGAL, INDIVIDUALLY, and BARBER & SONS CO.,<br><br>Defendants. | 3:16-CV-03045-RAL<br><br>JUDGMENT OF DISMISSAL |

On April 4, 2018, the parties filed a Joint Motion for Order of Dismissal with Prejudice, Doc. 19. Based on the request of the parties, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 5th day of April, 2018.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE